UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:13–cv–02142–BRO–JCG                Date:   8/13/2013

Title:   SWEET PEOPLE APPAREL INC ET AL V. COOL–G INC ET AL

Present: The Honorable   Beverly Reid O'Connell  , U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:
None Appearing                                    None Appearing

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 8/2/2013, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 8/12/2013.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk:  rfi