LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 13-02142-BRO (JCGx) | Date | October 31, 2013 |
|---|---|---|---|
| Title | Sweet People Apparel Inc et al v. Cool-G Inc et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

On September 23, 2013, the Court granted defense counsel's motion to withdraw as counsel for Cool-G, Inc. and ordered Defendant to obtain new counsel and appear at the Status Conference set for October 28, 2013 at 1:30 p.m. [38]. The Defendant did not retain counsel and no appearance was made on behalf of the defendant at the Status Conference.

Accordingly, the Defendant is ORDERED TO SHOW CAUSE why the Court should not STRIKE the Answer of Cool-G, Inc. for failure to comply with the Court's Order.   Defendant must respond to this order no later than November 15, 2013.

Plaintiff's counsel is ORDERED to serve a copy of this Minute Order on defendant Cool-G, Inc. and file the Proof of Service no later than November 5, 2013.

IT IS SO ORDERED.

| | Initials of Preparer | rf |
|---|---|---|