JS-6

JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@aporter.com
MATTHEW T. SALZMANN (*Pro Hac Vice*)
Matthew.Salzmann@aporter.com
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile:  (212) 715-1399

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation, RCRV, INC. d/b/a ROCK REVIVAL, a California corporation, and DEODAR BRANDS, LLC d/b/a MEK DENIM, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>COOL-G, INC., a California corporation, EVER STAR TRADING INC., a California corporation, JIAPEI YU, an individual, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No.: 2:13-cv-02142 (BRO)(JCGx)<br><br>Hon. Beverly Reid O'Connell<br><br>**JUDGMENT AGAINST DEFENDANT COOL-G. INC.**<br><br>Hrg. Date:   N/A<br>Hrg. Time:   N/A<br>Courtroom:  14-Spring Street Floor |

**JUDGMENT AND ORDER**

WHEREAS, the plaintiffs in this action are Sweet People Apparel, Inc. d/b/a MISS ME ("Sweet People"), RCRV, Inc. d/b/a ROCK REVIVAL ("RCRV"), and Deodar Brands, LLC d/b/a MEK DENIM ("Deodar Brands") (collectively, "Plaintiffs"); and

WHEREAS, the defendant in this action is Cool-G, Inc. ("Cool-G" or the "Defaulting Defendant"); and

WHEREAS, Sweet People is the owner of U.S. copyright registrations for certain designs it uses on and in connection with its MISS ME line of jeanswear products, including a Fleur De Lis Design JP4369 (U.S. Copyright Registration No. VA 1-418-846); Rose JP6080B Design (U.S. Copyright Registration No. VA 1-827-460); Paradise Fleur de Lis JP5465B Design (U.S. Copyright Registration No. VA 1-827-434); Ivy Cross JP5335 Design (U.S. Copyright Registration No. VA 1-786-494); Reverse Western Paisley JP5123 Design (U.S. Copyright Registration No. VA 1-740-404); Island Flower JP5473B Design (U.S. Copyright Registration No. VA 1-827-453); Antique Embroidery JP5614B Design (U.S. Copyright Registration No. VA 1-849-006); Sparkle Cross Design (U.S. Copyright Registration No. VA 1-716-852); Cross Wing JP5117 Design (U.S. Copyright Registration No. VA 1-740-392); Wing Design (U.S. Copyright Registration No. VA 1-733-502 and Supplementary Registration No. VA 1-432-644); Paris Design JP5341B (U.S. Copyright Registration No. VA 1-770-595); and Angel Wing Design (U.S. Copyright Registration No. VA 1-432-648) (such copyrighted designs being collectively referred to as the "Sweet People Copyrighted Designs"), copies of the aforesaid registration certificates, and photographs of representative examples of Sweet People MISS ME brand jeanswear products bearing the Sweet People Copyrighted Designs, being attached hereto as Exhibit A and incorporated herein by reference; and

WHEREAS, Sweet People is the owner of its FABRIC CUT OUT DESIGN Trademark (U.S. Trademark Registration No. 4,065,486), a copy of the registration

certificate, and a photograph of a representative example of a Sweet People MISS ME brand jeanswear product bearing the FABRIC CUT OUT DESIGN Trademark, being attached hereto as Exhibit B and incorporated herein by reference; and

WHEREAS, RCRV is the owner of its INVERTED FLEUR DE LIS DESIGN Trademark (U.S. Trademark Registration No. 4,248,371), a copy of the registration certificate, and a photograph of a representative example of an RCRV ROCK REVIVAL brand jeanswear product bearing the INVERTED FLEUR DE LIS DESIGN Trademark, being attached hereto as Exhibit C and incorporated herein by reference; and

WHEREAS, Deodar Brands is the owner of its M DESIGN Trademark (U.S. Trademark Registration No. 3,613,153), a copy of the registration certificate, and a photograph of a representative example of a Deodar Brands MEK DENIM brand jeanswear product bearing the M DESIGN Trademark, being attached hereto as Exhibit D and incorporated herein by reference; and

WHEREAS, on April 25, 2013, Plaintiffs filed their First Amended Complaint (Dkt. No. 9) against the Defaulting Defendant, alleging that the Defaulting Defendant created, designed, purchased, imported, distributed, offered for sale and/or sold certain jeanswear products bearing designs that infringe their rights in and to the Sweet People Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark, RCRV's INVERTED FLEUR DE LIS DESIGN Trademark, and Deodar Brands' M DESIGN Trademark (such designs being collectively referred to as the "Infringing Designs"), photographs of the Infringing Designs being attached hereto as Exhibit E and incorporated herein by reference; and

WHEREAS, the Defaulting Defendant was duly served with the First Amended Complaint on April 25, 2013 (Dkt. No. 10), and the Defaulting Defendant filed its Answer to Amended Complaint, Affirmative Defenses and Counterclaims on May 14, 2013 (Dkt. No. 13); and

- 2 -

WHEREAS, on August 12, 2013, Cool-G's then-counsel, Fox Rothschild LLP, after having appeared in the action by way of filing Cool-G's Answer to Amended Complaint, Affirmative Defenses and Counterclaims on May 14, 2013, filed an unopposed application to withdraw as Cool-G's counsel (Dkt. No. 33), and on September 23, 2013, the Court granted Fox Rothschild LLP's application, and ordered Cool-G to obtain new counsel and to appear with such new counsel at a Status Conference set for October 28, 2013 (Dkt. No. 38); and

WHEREAS, Cool-G did not retain new counsel, and no appearance was made on behalf of Cool-G at the October 28, 2013 Status Conference (Dkt. No. 39); and

WHEREAS, on October 31, 2013, the Court issued an Order To Show Cause why the Court should not Strike the Answer of Cool-G for failure to comply with the Court's September 23, 2013 Order (Dkt. No. 40); and

WHEREAS, Cool-G failed to respond to the Order to Show Cause, and by Order dated November 20, 2013, the Court struck Cool-G's Answer to the Amended Complaint, Affirmative Defenses and Counterclaims, filed on May 14, 2013, and ordered Plaintiffs "to seek entry of default and default judgment forthwith" (Dkt. No. 43); and

WHEREAS, on November 21, 2013, Plaintiffs requested that the Clerk of the Court enter a default against Cool-G (Dkt. No. 45), and a Certificate of Default was executed by the Clerk on December 2, 2013 (Dkt. No. 47); and

WHEREAS, on December 6, 2013, Plaintiffs filed a Motion for Default Judgment against Cool-G (Dkt. Nos. 48-51 and 53); and

WHEREAS, on February 14, 2014, this Court granted Default Judgment against Cool-G, finding Cool-G liable for willful copyright infringement in violation of 17 U.S.C. § 501, and willful trademark counterfeiting in violation of 15 U.S.C. § 1114 (Dkt. No. 54); and

WHEREAS, in accordance with the Court's February 14, 2014 Order Re Motion For Default Judgment (Dkt. No. 54), Plaintiffs Sweet People, RCRV and

Deodar Brands are entitled to the issuance of a Judgment, as follows:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:**

1.      Judgment is hereby entered against Cool-G pursuant to the prayer for relief in the First Amended Complaint with respect to Plaintiffs' claims for (i) willful copyright infringement of the Sweet People Copyrighted Designs in violation of 17 U.S.C. § 501; and (ii) willful trademark counterfeiting and infringement of Sweet People's FABRIC CUT OUT DESIGN Trademark, RCRV's INVERTED FLEUR DE LIS DESIGN Trademark and Deodar Brands' M DESIGN Trademark in violation of 15 U.S.C. § 1114.

2.      Cool-G and all of those acting in concert with it, including its agents and servants, and all those on notice of this Judgment, are hereby immediately and permanently enjoined, restrained and prohibited from:

(a)      Importing, distributing, supplying, advertising, promoting, offering for sale and/or selling any products bearing the Infringing Designs, or any other designs substantially similar in appearance to the Sweet People Copyrighted Designs and/or confusingly similar in appearance to Sweet People's FABRIC CUT OUT DESIGN Trademark, RCRV's INVERTED FLEUR DE LIS DESIGN Trademark or Deodar Brands' M DESIGN Trademark, and engaging in any other activity constituting an infringement of any of Sweet People's rights in and to the Sweet People Copyrighted Designs and FABRIC CUT OUT DESIGN Trademark, RCRV's rights in and to the INVERTED FLEUR DE LIS DESIGN Trademark and Deodar Brands' rights in and to the M DESIGN Trademark.

(b)      Engaging in any activity constituting unfair competition with Sweet People, RCRV or Deodar Brands, or acts or practices that deceive the public and/or the trade, including, without limitation, the use of design elements and designations associated with Sweet People, RCRV or Deodar Brands.

3.     Plaintiff Sweet People shall have judgment against Cool-G in the amount of One Hundred and Twenty Thousand Dollars (**$120,000.00**) in statutory damages, as a result of Cool-G's willful infringement of the Sweet People Copyrighted Designs pursuant to 17 U.S.C. § 504(c); and

4.     Plaintiff Sweet People shall have judgment against Cool-G in the amount of Ten Thousand Dollars (**$10,000.00**) in statutory damages, as a result of Cool-G's willful counterfeiting and infringement of Sweet People's FABRIC CUT OUT DESIGN Trademark pursuant to 15 U.S.C. § 1117(c); and

5.     Plaintiff RCRV shall have judgment against Cool-G in the amount of Ten Thousand Dollars (**$10,000.00**) in statutory damages, as a result of Cool-G's willful counterfeiting and infringement of RCRV's INVERTED FLEUR DE LIS DESIGN Trademark pursuant to 15 U.S.C. § 1117(c); and

6.     Plaintiff Deodar Brands shall have judgment against Cool-G in the amount of Ten Thousand Dollars (**$10,000.00**) in statutory damages, as a result of Cool-G's willful counterfeiting and infringement of Deodar Brands' M DESIGN Trademark pursuant to 15 U.S.C. § 1117(c); and

7.     Plaintiffs shall have judgment against Cool-G in the amount of Forty-Eight Thousand Six Hundred Dollars (**$48,600.00**) for Plaintiffs' attorneys' fees, and Five Hundred Fifteen Dollars (**$515.00**) for Plaintiffs' costs; and

8.     Plaintiffs shall have judgment against Cool-G for post-judgment interest on the aggregate sum of the statutory damages, attorneys' fees and costs awarded (**$199,115.00**).  In accordance with 28 U.S.C. § 1961, post-judgment interest shall be calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment; and

1    9.    The Court retains jurisdiction of this action for the purpose of enforcing

2  the provisions of this Judgment and Order by way of contempt motion or otherwise.

3

4  **IT IS SO ORDERED.**

5

6  DATED: March 3, 2014

7                                            Beverly Reid O'Connell
                                             UNITED STATES DISTRICT JUDGE

8

9

10

11  Submitted By:

12  ARNOLD & PORTER LLP
    JAMES S. BLACKBURN (State Bar No. 169134)
13  James.Blackburn@aporter.com
    777 South Figueroa Street, 44th Floor
14  Los Angeles, California 90017-5844
    Telephone: (213) 243-4000
15  Facsimile:  (213) 243-4199

16

17

18  By:  /s/ James S. Blackburn
          James S. Blackburn

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-418-846**

EFFECTIVE DATE OF REGISTRATION

MAY 23 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
JP 4369 BACK POCKET DESIGN

NATURE OF THIS WORK ▼ See Instructions
Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

NAME OF AUTHOR ▼
a  Sweet People Apparel, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was
Completed  2006
This information
must be given
Year  in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information  Month  October  Day  03  Year  2006
ONLY if this work
has been published.  USA  Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the
author given in space 2. ▼
Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

See instructions
before completing
this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a
brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 23 2007
ONE DEPOSIT RECEIVED
MAY 23 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☑ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ VAu713-797    Year of Registration ▼ 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

b

Area code and daytime telephone number  ( 323 ) 235-7352         Fax number  ( 323 ) 235-7344

Email  ericchoi@missme.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric Choi                                                    Date  April 9, 2007

Handwritten signature (X) ▼
x

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Eric Choi / Sweet People Apparel, Inc.
Number/Street/Apt ▼
4715 S. Alameda Street
City/State/Zip ▼
Los Angeles, CA 90058

**9**

YOU MUST
· Complete all necessary spaces
· Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Ex. A
- 8 -



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-827-460

**Effective date of registration:**

June 8, 2012

---

### Title

**Title of Work:** Rose JP6080B

### Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 23, 2011     **Nation of 1st Publication:** United States

### Author

**Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Citizen of:** United States            **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

### Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Telephone:** 323-235-7300

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058 United States

### Certification

**Name:** Lilly Kim

**Date:** June 8, 2012

Page 1 of 1



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-827-434

**Effective date of
registration:**

June 8, 2012

## Title

Title of Work: Paradise Fleur de Lis JP5465B

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: March 27, 2012    Nation of 1st Publication: United States

## Author

Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Name: Lilly Kim

Email: lillykim@missme.com    Telephone: 323-235-7300

Address: 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

Name: Lilly Kim

Date: June 8, 2012

Page 1 of 1

Ex. A
- 12 -





## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-786-494

**Effective date of
registration:**

August 16, 2011

---

**Title**

Title of Work: Ivy Cross JP5335

**Completion/Publication**

Year of Completion: 2010

Date of 1st Publication: February 23, 2011     Nation of 1st Publication: United States

**Author**

■     Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Domiciled in: United States

**Copyright claimant**

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

**Rights and Permissions**

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, 90058 United States

**Certification**

Name: Alan C. Veronick

Date: August 16, 2011

Applicant's Tracking Number: 21406.001

Page 1 of 1

Ex. A
- 14 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-740-404

**Effective date of
registration:**

September 20, 2010

---

### Title

Title of Work: Reverse Western Paisley JP5123

### Completion/ Publication

Year of Completion: 2009

Date of 1st Publication: November 25, 2009    Nation of 1st Publication: United States

### Author

- Author: Sweet People Apparel, Inc.

Author Created: Artwork applied to clothing

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Name: Lilly Kim

Email: lillykim@missme.com    Telephone: 323-235-7307

Address: 4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

Name: Lilly Kim

Date: September 20, 2010

Page 1 of 1





## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-827-453

**Effective date of registration:**

June 8, 2012

### Title

Title of Work: Island Flower JP5473B

### Completion/Publication

Year of Completion: 2011

Date of 1st Publication: March 27, 2012          Nation of 1st Publication: United States

### Author

Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Name: Lilly Kim

Email: lillykim@missme.com          Telephone: 323-235-7300

Address: 4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

Name: Lilly Kim

Date: June 8, 2012

Page 1 of 1

Ex. A

- 18 -





## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-849-006

**Effective date of
registration:**

March 11, 2013

### Title

Title of Work: Antique Embroidery JP5614B

### Completion/Publication

Year of Completion: 2011

Date of 1st Publication: January 24, 2012          Nation of 1st Publication: United States

### Author

■          Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied To Clothing

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, CA 90058 United States

### Certification

Name: Alan C. Veronick

Date: March 11, 2013

Applicant's Tracking Number: 21406.002

1

Ex. A

- 20 -





## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-716-852**

**Effective date of
registration:**

May 26, 2010

### Title

Title of Work: SPARKLE CROSS DESIGN

### Completion/Publication

Year of Completion: 2008

Date of 1st Publication: October 27, 2008    Nation of 1st Publication: United States

### Author

■      Author: Sweet People Apparel, Inc.

Author Created: Artwork applied to clothing

Work made for hire: Yes

Citizen of: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, CA 90058  United States

### Certification

Name: Brent S. LaBarge

Date: May 26, 2010

Applicant's Tracking Number: 21406.001

Page 1 of 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-740-392**

**Effective date of registration:**

September 20, 2010

---

### Title

**Title of Work:** Cross Wing JP5117

### Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 13, 2009     **Nation of 1st Publication:** United States

### Author

**Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

### Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com     **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

### Certification

**Name:** Lilly Kim

**Date:** September 20, 2010

---

Page 1 of 1

Ex. A

- 24 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

VA 1-733-502

Effective date of registration:

September 3, 2010

### Title

Title of Work: WING DESIGN

### Completion/Publication

Year of Completion: 2008

Date of 1st Publication: August 25, 2008          Nation of 1st Publication: United States

### Author

■     Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied To Clothing

Work made for hire: Yes

Citizen of: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, CA 90058 United States

### Certification

Name: Brent S. LaBarge

Date: September 3, 2010

Applicant's Tracking Number: 21406.001

Page 1 of 1

Ex. A

- 26 -

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1−432−644**



| TX | TXU | PA | PAU | VA/VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9  16  2010
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

Title of Work ▼
**WING DESIGN**

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ Line Heading or Description  Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼

Year of Completion: 2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼

Year of Completion: 2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**  · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.   · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of____ pages

Ex. A
- 27 -

| | FORM CA RECEIVED | FORM CA |
|---|---|---|
| | 9/16/10 | |
| | FUNDS RECEIVED DATE | |
| | 9/16/10 | FOR COPYRIGHT OFFICE USE ONLY |
| | EXAMINED BY   MCRA | |
| | CORRESPONDENCE ☐ | |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☑ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

Phone ( 202 ) 942-5158          Fax ( 202 ) 942-5999          Email brent.labarge@aporter.com

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name Arnold & Porter LLP

Account Number 067822

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   Sweet People Apparel, Inc.
                                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Brent S. LaBarge                    Date ▼  September 15, 2010

Handwritten signature (X) ▼

**F**

| Certificate will be mailed in window envelope to this address: | Name ▼  Arnold & Porter LLP - Attn: Brent S. LaBarge |
| | Number/Street/Apt ▼  555 Twelfth Street, N.W. |
| | City/State/ZIP ▼  Washington, DC 20004 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print: 07/2006—**,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-***-***/**,***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

VA 1-770-595

**Effective date of
registration:**

April 14, 2011

---

### Title

Title of Work: Paris Design JP5341B

### Completion/Publication

Year of Completion: 2010

Date of 1st Publication: January 24, 2011      Nation of 1st Publication: United States

### Author

■      Author: Sweet People Apparel, Inc.

Author Created: Artwork applied to clothing

Work made for hire: Yes

Citizen of: United States                Domiciled in: United States

### Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

### Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda St.

Los Angeles, CA 90058 United States

### Certification

Name: Lilly Kim

Date: April 14, 2011

Page 1 of 1

Ex. A
- 30 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-432-648

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9    16    10
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
ANGEL WING DESIGN

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-733-501 | 2010 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Sweet People Apparel, Inc. | Sweet People Apparel, Inc. |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ Line Heading or Description Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼

Year of Completion:  2009; Date of 1st Publication: June 5, 2009

Corrected Information ▼

Year of Completion:  2008; Date of 1st Publication: August 25, 2008

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
                  • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ___ 2 Pages

Ex. A
- 32 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| FORM CA RECEIVED | 9 | 16 | 10 | | FORM CA |
| FUNDS RECEIVED DATE | 9 | 16 | 10 | | |
| EXAMINED BY | MCRA/eof | | | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ▢ | | | | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☑ YES ▢ NO | | | | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ▢ Part B *or* ▢ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

**E**

Phone ( 202) 942-5158          Fax ( 202) 942-5999          Email brent.labarge@aporter.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name Arnold & Porter LLP

Account Number 067822

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  Sweet People Apparel, Inc.

**F**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Brent S. LaBarge                    Date ▼ September 15, 2010

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Arnold & Porter LLP - Attn: Brent S. LaBarge
Number/Street/Apt ▼
555 Twelfth Street, N.W.
City/State/ZIP ▼
Washington, DC 20004

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—⸻,000   Printed on recycled paper          U.S. Government Printing Office: 2006—⸻/⸺,⸻



1

# **EXHIBIT B**

2

3

4



## United States of America

### United States Patent and Trademark Office

5

6

7

8

9

10

11

12

**Reg. No. 4,065,486**

**Registered Dec. 6, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005, IN COMMERCE 9-29-2005.

OWNER OF U.S. REG. NO. 3,494,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPES OF THE POCKETS OR THE POCKET FLAPS, OR THE STITCHING APPEARING ON THE POCKETS OR THE POCKET FLAPS, WHICH ARE INCLUDED ONLY TO SHOW THE PLACEMENT OF THE MARK ON THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUTOUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SEC. 2(F).

SER. NO. 85-041,242, FILED 5-18-2010.

SUZANNE BLANE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# EXHIBIT C



**United States of America**

**United States Patent and Trademark Office**

**Reg. No. 4,248,371**

**Registered Nov. 27, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA STREET
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS, SHORTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE CONSISTING OF A STYLIZED INVERTED FLEUR DE LIS DESIGN STITCHED ON THE BACK POCKET OF A JEANS PRODUCT, DEPICTED IN THE DRAWING AS A SOLID BLACK LINE. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT PART OF THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-330,951, FILED 5-26-2011.

MARK SPARACINO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# EXHIBIT D

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,613,153

Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



MEK DENIM INC. (CALIFORNIA CORPORA-
TION)
SUITE 501
448 SOUTH HILL STREET
LOS ANGELES, CA 90013

FOR: JEANS; JACKETS; PANTS; SHIRTS;
SHORTS; SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 11-30-2005; IN COMMERCE 11-30-2005.

THE MARK CONSISTS OF THE OUTLINE OF A
FANCIFUL LETTER "M".

SN 77-237,502, FILED 7-24-2007.

LINDA LAVACHE, EXAMINING ATTORNEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1

## **EXHIBIT E**





RL019-2



RL019-1













1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28











1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





